IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON CASTLE, | ) | No. C 05-3048 JSW (PR) |
|     Petitioner, | ) | |
| vs. | ) | **ORDER REGARDING PENDING MOTIONS AND INSTRUCTIONS TO THE CLERK** |
| JEANNE WOODFORD, | ) | |
|     Respondent. | ) | (Docket nos. 6, 7, 9, 10, and 11) |

    Petitioner, a state prisoner incarcerated at Avenal State Prison in Avenal, California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. On January 12, 2006, this Court ordered Respondent to show cause why the writ should not issue (docket no. 4). In the order, Petitioner was notified of the Court's intention to substitute Warden Yates as the Respondent in this case. However, Petitioner's subsequent motion to "construe" Jeanne Woodford, Secretary of the California Department of Corrections as the proper Respondent is GRANTED (docket no. 6). The Clerk shall substitute Defendant Woodford as the Respondent in this matter.

    On February 9, 2006, Respondent filed a motion to dismiss the petition for failure to allege the violation of a federal constitutional right (docket no. 8). Petitioner has filed two motions seeking an extension of time to respond (docket nos. 7, 11). Those motions are now GRANTED. Petitioner shall respond to the motion to dismiss within thirty days of the date of this order. Petitioner's motion seeking to proceed in forma pauperis is GRANTED (docket no. 9).

1    Petitioner also filed a motion for appointment of counsel based on his indigency (docket no. 10). However, the Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). 18 U.S.C. § 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Knaubert*, 791 F.2d at 728. At this time, it is unclear whether the petition alleges a proper basis for jurisdiction in this Court. Accordingly, Petitioner's motion for appointment of counsel (docket no. 10) is DENIED without prejudice.

IT IS SO ORDERED.

DATED: April 10, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge